# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ANTIONA PHILLIPS**                                                                                   **PLAINTIFF**

**V.**                                   **CASE NO. 4:15-CV-736-SWW-BD**

**CURTIS WILLIAMS and**
**DOC HOLLIDAY**                                                                                **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Phillips's timely objections,[1] as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Phillips's verbal harassment and retaliation claims are DISMISSED, without prejudice. In addition, his claims against Defendant Holliday are DISMISSED, without prejudice, and the Clerk of the Court is instructed to terminated Sheriff Holliday as a party Defendant. Finally, Mr. Phillips's claims against Defendant Williams in his official capacity are DISMISSED, without prejudice.

IT IS SO ORDERED, this 19th day of January, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's objections appear to challenge the validity of his conviction and include pages from a motion for relief under Ark.R.Crim.P. 37.