## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ANTIONA PHILLIPS                                                    PLAINTIFF

V.                              CASE NO. 4:15-CV-736-BD

CURTIS WILLIAMS                                                    DEFENDANT

### ORDER OF DISMISSAL

Mr. Phillips, formerly an inmate at the Pulaski County Regional Detention Facility ("Detention Facility"), filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983.  He is proceeding *in forma pauperis*.  (Docket entries #1, #5)

Mr. Phillips is no longer incarcerated at the Detention Facility as evidenced by mail returned to the Court on July 29, 2016, marked "undeliverable."  (#24)  Because Mr. Phillips had not informed the Court of his new address as required by the Court's local rules, the Court gave Mr. Phillips thirty days to notify the Court of his new address.  (#25) The Court specifically cautioned Mr. Phillips that his lawsuit could be dismissed if he failed to comply with this Court's order.  Local Rule 5.5.

To date, Mr. Phillips has not responded to the Court's August 8, 2016 order, and the time for doing so has passed.

Mr. Phillips's claims are DISMISSED, without prejudice, based on his failure to comply with this Court's order and the failure to prosecute this lawsuit.  Defendant Williams's motion for summary judgment (#20) is DENIED, as moot.  The Clerk of the

Court is directed to close this case.

IT IS SO ORDERED, this 14th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE