# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**ANTIONA PHILLIPS**                                                    **PLAINTIFF**

**V.**                        **CASE NO. 4:15-CV-736-BD**

**CURTIS WILLIAMS**                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE